VL
F.#2011R00447

FILED
IN CLERK'S OFFICE
U.S. D[...] N.Y.
★ DEC 17 2013 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

IN THE MATTER OF THE SEIZURE OF
ALL FUNDS AND OTHER THINGS OF
VALUE DEPOSITED IN:

WOORI AMERICA BANK ACCOUNT
601001118, HELD IN THE NAME OF
VICTORIA KEENEN, IN THE AMOUNT OF
$270,000.00, MORE OR LESS, AND
ALL 'PROCEEDS TRACEABLE THERETO;
AND

AXA EQUITABLE EQUI-VEST DEFERRED
VARIABLE ANNUITY, ACCOUNT NO.
208925927 HELD IN THE NAME OF
LAURA ANN TORDY, IN THE AMOUNT OF
$23,064.23, MORE OR LESS AND ALL
PROCEEDS TRACEABLE THERETO

- - - - - - - - - - - - - - - - -X

U N S E A L I N G
A P P L I C A T I O N

13-MC-1078

The government respectfully moves for the unsealing of the Seizure Warrant and Affidavit regarding the above mentioned defendants.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: _____
Vincent Lipari
Assistant U.S. Attorney
(631) 715-7864

Dated: December 17, 2013
Central Islip, New York